**Order entered September 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00822-CV

**MILLER GLOBAL PROPERTIES, LLC, ET AL, Appellants**

**V.**

**MARRIOTT INTERNATIONAL, INC. AND MARRIOTT HOTEL SERVICES, INC.,**
**Appellees**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-03327-2009**

## ORDER

Matthew Samuel Hellman's Motion Pro Hac Vice filed on September 17, 2013 is

**GRANTED**.

/s/     MICHAEL J. O'NEILL
PRESIDING JUSTICE